26cr40 SRN/ECW

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
|---|---|---|
| Plaintiff, | ) | 18 U.S.C. § 875(c) |
| v. | ) | |
| JAMES PATRICK LYONS, | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNTS 1 - 5
(Interstate Transmission of a Threat to Injure the Person of Another)

On or about January 18, 2026, at the approximate times listed below, in the State and District of Minnesota, the defendant,

**JAMES PATRICK LYONS,**

knowingly transmitted, in interstate and foreign commerce, communications consisting of text messages, from a cellular telephone to the cellular telephones of the persons listed below, containing a threat to injure the person of another, namely, the persons listed below, to wit:

| Count | Time | Person | Communication |
|---|---|---|---|
| 1 | 8:59 a.m. | Victim A | "Fuck you, [Victim A's first and last name], you motherfucking traitorous piece of shit ice agent. Burn in hell pussy. We know who you are and where to find you now. Tick tock motherfucker. 89B-MP-4181025." |



United States v. James Patrick Lyons

| Count | Time | Person | Communication |
|---|---|---|---|
| 2 | 8:47 a.m.<br><br>8:56 a.m. | Victim B | "Fuck you, [Victim B's first name], you traitor piece of shit ice loser."<br><br>"Hey [Victim B's first name]! Burn in hell pussy. We know who you are and where to find you now. Tick tock motherfucker.." |
| 3 | 9:00 a.m. | Victim C | "Fuck you, [Victim C's full first and last name], you motherfucking traitorous piece of shit ice agent. Burn in hell pussy. We know who you are and where to find you now. Tick tock motherfucker.. 282A-MP-4181782" |
| 4 | 8:54 a.m. | Victim D | "Fuck you, [Victim D's full first and last name], you motherfucking traitorous piece of shit ice agent. Burn in hell pussy. We know who you are and where to find you now. Tick tock motherfucker.." |
| 5 | 8:53 a.m. | Victim E | "Fuck you, [Victim E's full first and last name], you motherfucking traitorous piece of shit ice agent. Burn in hell pussy. We know who you are and where to find you now. Tick tock motherfucker.." |

with the purpose of issuing a threat, and with knowledge that the communication would be viewed as a threat, and consciously disregarding a substantial and unjustifiable risk that the communication would be viewed as a threat, all in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY                             FOREPERSON