UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-40 (SRN/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES PATRICK LYONS,<br><br>    Defendant. | GOVERNMENT'S MOTION TO<br>DISMISS INDICTMENT |

The United States of America, by and through its undersigned attorneys, hereby respectfully moves the Court for an order dismissing the Indictment filed in this matter, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

The government today learned of, and disclosed, *Brady* material that the government believes precludes its ability to prove the charges filed in this matter beyond a reasonable doubt. Accordingly, the government moves to dismiss the Indictment in the interests of justice.

Dated: <u>August 13, 2026</u>          Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

/s/ *Benjamin Bejar*
BY:  BENJAMIN BEJAR
MATTHEW PAULBECK
MICHAEL E. BLACKBURN
Assistant United States Attorneys
District of Minnesota